UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NUMBER:    05-80955

v.                            HONORABLE AVERN COHN

D-24, HAROLD WILCOX,

        Defendant.
                                     /

## ORDER DENYING DEFENDANT'S SUPPLEMENTAL MOTION FOR DISCLOSURE OF BRADY MATERIALS

Defendant Harold Wilcox's Supplemental Motion for Disclosures of Brady Materials is DENIED for the reasons stated on the record June 28, 2007.

SO ORDERED.

Dated: June 28, 2007                s/ Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE